# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**Melanie Mejia Desla,**

   *Plaintiff,*

v.                                    Case No: 6:24-cv-494-WWB-EJK

**Equifax Information Services, LLC,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, pursuant to Local rule 3.09, and notifies this Court that the Parties have reached a settlement as to all pending claims in this case.

Dated April 10, 2024

                                                 */s/ Thomas M. Bonan*
                                                 Thomas M. Bonan
                                                 FL Bar # 118103
                                                 SERAPH LEGAL, P. A.
                                                 2124 W Kennedy Blvd., Suite A
                                                 Tampa, FL 33606
                                                 Tel: 813-567-1230
                                                 Fax: 855-500-0705
                                                 tbonan@seraphlegal.com
                                                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing

document is being served this day to counsel for Defendant, via e-notice, email, or U.S. Postal Mail First Class.

        <u>/s/Thomas M. Bonan</u>
        Thomas M. Bonan
        Florida Bar Number: 118103